United States District Court
Southern District of Texas
**ENTERED**
April 05, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JULIO E. LOZA, § § Plaintiff, § § VS. § SELECT PORTFOLIO SERVICING, INC., *et al.*, § § § Defendants. § | CIVIL ACTION NO. 7:22-CV-00010 |

### ORDER DENYING AS MOOT DEFENDANTS' MOTION TO CONSOLIDATE

Now before the Court is Defendants' Motion to Consolidate this action with Civil Action No. 7:22cv65. (Dkt. No. 11). Subsequent to the filing of the Motion, Civil Action No. 7:22cv65 was dismissed without prejudice. Accordingly, the Court hereby **ORDERS** that the Motion to Consolidate is **DENIED** as **MOOT**.

SO ORDERED April 5, 2022, at McAllen, Texas.

Randy Crane
United States District Judge