United States District Court
Southern District of Texas
**ENTERED**
May 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JULIO E LOZA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:22-CV-00010 |
| § | |
| SELECT PORTFOLIO SERVICING, INC., *et al.*, § § § | |
| § | |
| Defendants. § | |

### ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE, AND DENYING WITHOUT PREJUDICE PENDING MOTION

Upon consideration of the Chapter 7 Trustee's Suggestion of Bankruptcy (Dkt. No. 15), the Court hereby **ORDERS** that this action is **STAYED** and **ADMINISTRATIVELY CLOSED** until the automatic stay is lifted. Accordingly, the Court further **ORDERS** that Defendants' Motion for Judgment on the Pleadings (Dkt. No. 14) is **DENIED** without prejudice to its refiling upon the lifting of the stay. The parties shall promptly advise the Court if the stay is lifted.

SO ORDERED May 10, 2022, at McAllen, Texas.

_____
Randy Crane
United States District Judge