United States District Court
Southern District of Texas
**ENTERED**
March 30, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JULIO E. LOZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-CV-00010 |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST | § | |
| COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Upon consideration of Defendants' Motion for Judgment on the Pleadings (Dkt. No. 20), which is deemed unopposed due to Plaintiff's failure to respond to the Motion within the time period prescribed by Local Rules 7.3 and 7.4, the Court hereby **ORDERS** that the Motion is **GRANTED** and all of Plaintiff's claims and requests for relief against Defendants are **DISMISSED** with prejudice.

SO ORDERED March 30, 2023, at McAllen, Texas.

Randy Crane
Chief United States District Judge